**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

MICHAEL SMITH,

Plaintiff,

v.

WAL-MART STORES EAST, LP (DELAWARE), *et al.*,

Defendants.

Civil Action No.: 4:26-cv-121

**AMENDED SCHEDULING ORDER**

The parties jointly request an extension of the deadlines remaining in the scheduling order. Doc. 17; *see also* doc. 11 (Scheduling Order).[1] For good cause shown, their Joint Motion to Modify Scheduling Order is **GRANTED**. Doc. 17. These deadlines shall not be extended except upon a specific showing of good cause and order of the Court. Fed. R. Civ. P. 16(b)(4). It is the Court's expectation that the parties will not need an extension of these deadlines. The showing of good cause necessary to obtain an extension of any of these deadlines requires a specific showing of what the parties have accomplished to date in discovery, what remains to be accomplished, and why the parties have not been able to meet the Court's deadlines. Bare boilerplate assertions such as "the parties have diligently pursued discovery to date, but additional time is necessary" will not suffice to establish good cause.

Additionally, should any party seek an extension of these deadlines or seek the extension of any other deadline in this case (including an extension of a deadline to respond to a motion or

[1] The deadlines to exchange initial disclosures and add parties or amend pleadings have expired. *See* doc. 11 at 2.

file any other pleading), the party should first contact all other parties and determine if the other parties join in, consent to, or oppose the request for an extension. When filing the motion for an extension, the party requesting the extension must state in their motion for an extension whether the other parties join in, consent to, or oppose the request for an extension.

| | |
|---|---|
| DEADLINE FOR COMPLETION OF WRITTEN DISCOVERY, INSPECTION, AND EXAMINATIONS UNDER RULE 33 THROUGH 36 OF THE FEDERAL RULES OF CIVIL PROCEDURE | November 9, 2026 |
| DISCOVERY DEPOSITIONS OF WITNESSES WHO HAVE NOT BEEN DESIGNATED AS EXPERTS | November 17, 2026 |
| PLAINTIFF'S DEADLINE TO SERVE EXPERT WITNESS REPORTS | December 18, 2026 |
| DEFENDANTS' DEADLINE TO SERVE EXPERT WITNESS REPORTS | January 19, 2027 |
| DISCOVERY DEPOSITIONS OF WITNESSES WHO HAVE BEEN DESIGNATED AS EXPERTS | February 19, 2027 |
| STATUS REPORT DUE[2] | March 8, 2027 |
| LAST DAY FOR FILING ALL CIVIL MOTIONS, INCLUDING *DAUBERT* MOTIONS, BUT EXCLUDING MOTIONS IN LIMINE | March 22, 2027 |

**SO ORDERED**, this 21st day of September, 2026.

CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

[2] A Post-Discovery Status Report Form for Judge Baker's cases is available on the Court's website www.gas.uscourts.gov under "forms." The parties are directed to use the content and format contained in this Form when reporting to the Court.